# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                v.                                        Crim. No. 5:17-CR-222-4FL

**THUY NGUYEN**

      On June 10, 2016, the above named was sentenced to probation for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer

/s/ J. Seth Coleman  
J. Seth Coleman  
U.S. Probation Officer  
150 Rowan Street  
Suite 100  
Fayetteville, NC 28301  
Phone: 910-354-2545  
Executed On: September 12, 2019

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13th__ day of __September__, 2019.

Louise W. Flanagan  
U.S. District Judge